**FILED**
JULY 2, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. MAG. 07-0208-KJM
    Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
JESUS MARCELINO GARCIA, )
)
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JESUS MARCELINO GARCIA, Case No. MAG. 07-0208-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $45,000.00.

        _X_ Appearance Bond with Surety

        ___ Unsecured Appearance Bond

        _X_ (Other) Conditions as stated on the record

        _X_ (Other) Secured bond paperwork to be filed with the Court within ten (10) days from the date of this order.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 2, 2007 at 3:30pm.

By _____
Edmund F. Brennan
United States Magistrate Judge